**Order entered May 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01369-CR
No. 05-13-01370-CR

**JEREMY DEANDRE TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause Nos. F07-60081-K, F07-60083-K

## ORDER

The Court **GRANTS** appellant's motion to order court reporter to file record.

We **ORDER** Janice Garrett, the official court reporter for Criminal District Court No. 4, to file a supplemental reporter's record that contains the September 13, 2013 revocation hearing within **FIFTEEN (15) DAYS** from the date of this order.

We **ORDER** appellant to file the brief within **FORTY-FIVE (45) DAYS** from the date of this order.

/s/     LANA MYERS
        JUSTICE